**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KATEESHA MELONCON** | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:25-CV-01792** |
| | § | |
| **AMAZON.COM SERVICES, LLC.** | § | |

# NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant, **AMAZON.COM SERVICES, LLC.**, and in accordance with 28 U.S.C. §§ 1332, 1441 and 1446 et seq., files this Notice of Removal of the above styled case from the 151st District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, based on diversity of citizenship of the parties. Pursuant to the applicable federal statutes and the local rules for the Southern District of Texas, Defendant attaches the following documents in support of this Notice of Removal:

1. Attachment A: Plaintiff's Original Petition to **AMAZON.COM SERVICES, LLC.**
2. Attachment B: Plaintiff's Motion for Default Judgement with attachments;
3. Attachment C: Defendant, **AMAZON.COM SERVICES, LLC.,** Original Answer;
4. Attachment D: Citation issued by Harris County District Court, Case No. 2025-16602 on March 17, 2025, to **AMAZON.COM SERVICES, LLC.**

5. Attachment E: The Docket Sheet from Case No. 2025-16602 pending in the 151st Judicial District Court of Harris County, Texas.[1]
6. Attachment F: Civil Cover Sheet

In this Notice of Removal, Defendant expressly reserves all other questions other than that of removal for the purpose of further pleadings.

## I.

## Parties

The Plaintiff, **KATEESHA MELONCON**, is a resident of Texas. (¶ 2 Plaintiff's Original Petition). **AMAZON.COM SERVICES, LLC** is located in Washington State and is a Delaware Limited Liability Company. **AMAZON.COM SERVICES, LLC'S** sole member is **AMAZON.COM, INC**, a Delaware corporation with its principal place of business in Washington.

## II.

## Diversity of Citizenship

The **DEFENDANT** asserts that this court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332.

A. Factual Background:

The lawsuit arises from a workplace accident which allegedly occurred on July 11, 2023, at a warehouse in Spring, Texas. (Ex. A, Plaintiff's Petition, ¶ 5). Plaintiff, **KATEESHA MELONCON**, claims that Defendant, **AMAZON.COM SERVICES, LLC,** was negligent leading to personal injuries, (Ex. A Plaintiff's Petition, ¶ 6-10). Plaintiff, **KATEESHA MELONCON**, claims to have sustained personal injuries

[1] No orders were issued by the 151st Judicial District Court in this case.

which have resulted in medical expenses in the past and future, physical pain, mental anguish, impairment, disfigurement, and lost wages. (Ex. A, Plaintiff's Petition, ¶ 13). The Plaintiff is claiming he will be seeking damages in excess of $100,000.00. (Ex. A, Plaintiff's Petition, ¶ 4).

B. Analysis:

Defendant must show the amount in controversy exceeds the minimum jurisdictional limit of this court by a preponderance of the evidence. The Defendant is permitted to meet this burden through evidence attached to the notice of removal or through the face of the Plaintiff's petition. Garcia v. Koch Oil Co. of Texas, Inc, 351 F.3d 636, 639-640 (5th Cir. 2003). Here, Defendant can demonstrate through the face of the Plaintiff's petition that the amount in controversy is satisfied because the Plaintiff is seeking more than $250,000.00. In short, this court has original jurisdiction of this case pursuant to 28 U.S.C. § 1332 (a).

## III.

## Miscellaneous Facts

Plaintiff's Original Petition, styled **KATEESHA MELONCON vs. AMAZON. COM SERVICES, LLC**, was filed on March 11, 2024. Citation was issued March 17, 2024 (Attachment D). While Plaintiff has filed a motion for default judgment claiming service on March 17, 2025 (Ex B, Plaintiff's Motion for Default Judgment ¶ 3), the citation attached with the motion for default judgment does not reflect service but rather reflects it was issued on March 17, 2025 and there is no indication service was completed. Further, the Motion represents that the return of service was filed on March 18, 2025, yet there is no return of service filed with the court. Finally, counsel for Defendant is not aware that

Defendant has been served as of the date of the filing of this notice. Under 28 U.S.C. § 1446 (b), Defendant has thirty days from the date of service of the Plaintiff's Original Petition to file a Notice of Removal. Accordingly, pursuant to 28 U.S.C. § 1446 (b), this Notice of Removal is timely since service never occurred and Defendant removed within 30 days of filing.

**IV.**

The attorneys involved in this action are as follows:

D'Angelo M. Lowe
Lowe Law, PLLC
State Bar No. 24099073
7322 Southwest Freeway, Suite 1717
Houston, Texas 77074
TPN: (832)-953-5693
FAX: (713) 955-9589
Email: lowelaw@lowelaws.com
Attorney for Plaintiff

Warren T. McCollum,
Fenley & Bate, L.L.P.,
State Bar No. 24013127,
P.O. Box 450,
Lufkin, Texas, 75902-0450,
TPN: 936-634-3346,
FAX: 936-639-5874,
Email: wmccollum@fenley-bate.com
Attorney for Defendant

WHEREFORE PREMISES CONSIDERED, Defendant, **AMAZON.COM SERVICES, LLC.**, prays that the United States District Court for the Southern District of Texas, Houston Division, accept this Notice of Removal and assume jurisdiction of this matter and issue any orders and process as necessary to bring Plaintiff, **KATEESHA MELONCON,** and Defendant, **AMAZON.COM SERVICES, LLC,** before it and to

effectively prevent further proceeding of this case in the 151st Judicial District Court of Harris County, Texas.

Respectfully Submitted:

/s/Warren T. McCollum

WARREN T. MCCOLLUM
Texas SBN: 24013127
FENLEY & BATE, L.L.P.
P.O. Box 450
Lufkin, Texas 75902-0450
TPN: (936) 634-3346
FXN: (936) 639-5874
TXSD Admission No.: 769985
Email: wmccollum@fenley-bate.com

ATTORNEY FOR DEFENDANT
**AMAZON.COM, SERVICES LLC.**

## CERTIFICATE OF SERVICE

This is to certify that I have on this, the 18th day of April 2025, served a true and correct copy of the foregoing to:

D' Angelo M. Lowe
7322 Southwest Fwy., Ste. 1717
Houston, Texas 77074
Email: lowelaw@lowlawes.com
Eservice.lowelaw@gmail.com

☐ By certified mail
☐ By regular mail
☐ By overnight mail
☐ By hand delivery
☐ By Facsimile
☒ By E-mail

*/s/ Warren T. McCollum*
WARREN T. MCCOLLUM